IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BETHLEHEM ENTERPRISE, INC., et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 08 C 702 |
| CITY OF OAK FOREST, et al., | ) Honorable Amy St. Eve |
| | ) Magistrate Judge Maria Valdez |
| Defendants. | ) |

## MOTION FOR EXTENSION

NOW COMES the Defendant, The City of Oak Forest, by its attorneys, LITCHFIELD CAVO LLP, and moves this Court for entry of an Order granting them and additional 14 days within which to file its responsive pleadings. In support thereof, the defendant state as follows:

1. Defendants' responsive pleadings were due to be filed on April 14, 2008.

2. On March 28, 2008, the undersigned resigned his position at the law firm of Dowd & Dowd, Ltd. On March 31, 2008, the undersigned began work at law firm of Litchfield Cavo LLP. This file was transferred over to Litchfield Cavo LLP on April 9, 2008. As a result, the undersigned has been unable to prepare and file responsive pleadings on behalf of the City of Oak Forest.

3. This request for an extension is made in good faith. It is not intended to delay the progress of this litigation.

WHEREFORE, the defendant, the City of Oak Forest, prays for entry of an Order granting it the defendants until April 28, 2008, to file its responsive pleadings.

LITCHFIELD CAVO, LLP

By: /s/ Patrick J. Ruberry
Attorneys for the Defendants
Village of Wonder Lake

Patrick J. Ruberry, Esq. (6188844)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL 60606-3300
(312) 781-6675
(312) 781-6630 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2008, I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Philip F. Cuevas
Thomas A. Jacobson
Dowd & Dowd, Ltd.
617 W. Fulton
Chicago, IL 60661

Jody Kinght
Gregory Stephen Mathews
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.
140 S. Dearborn, Suite 600
Chicago, IL  60603

John R. Wimmer
John R. Wimmer, Attorney at Law
928 Warren Avenue
Downers Grove, IL   60515


By:     /s/Patrick J. Ruberry
       Attorneys for
       LITCHFIELD CAVO LLP
       303 West Madison Street, Suite 300
       Chicago, Illinois  60606
       Phone: (312) 781-6675
       Fax:   (312) 781-6630
       E-mail: ruberry@litchfieldcavo.com

Case 1:08-cv-00702    Document 13    Filed 04/14/2008    Page 3 of 3