IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BETHLEHEM ENTERPRISE, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 08 C 702 |
| ) | |
| CITY OF OAK FOREST, et al., ) | Honorable Amy St. Eve |
| ) | Magistrate Judge Maria Valdez |
| Defendants. ) | |

## NOTICE OF MOTION

On April 17, 2008, at 8:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Amy St. Eve, or any other Judge sitting in his stead, in the courtroom usually occupied by him in room 1241, 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached Motion.

## CERTIFICATE OF SERVICE

I, Patrick J. Ruberry, an attorney, caused to be served the attached document(s) upon the aforementioned address(es) by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record on the 14th day of April, 2008.

/s/ Patrick J. Ruberry