IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BETHLEHEM ENTERPRISE, INC., and Illinois corporation, and PARVATI CORP., an Illinois corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE CITY OF OAK FOREST, an Illinois Municipal Corporation; STEVE JONES, individually and in his official capacity as City Administrator of the City of Oak Forest; ADAM DOTSON, individually and in his official capacity as the Coordinator of the Community Development Department of the City of Oak Forest; and DAVID NEWQUIST, individually and in his official capacity as Assistant Coordinator of the Community Development Department of the City of Oak Forest,<br><br>　　　　　Defendants. | Case No. 08 C 702<br><br>Judge Amy St. Eve<br><br>Magistrate Judge Valdez |

**INDIVIDUALLY NAMED DEFENDANTS'
MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT
AND FOR EXTENSION OF TIME TO MAKE RULE 26(a) DISCLOSURES**

NOW COME Defendants THE CITY OF OAK FOREST, STEVE JONES, ADAM DOTSON, and DAVID NEWQUIST, by their counsel, ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C., and move this Court to extend the time within which to answer or otherwise plead to Plaintiffs' Complaint for an additional 14 days, to and including May 2, 2008, and additional 14 days to make Rule 26(a) disclosures, to and including May 9, 2008, and in support of their Motion state as follows:

　　　1.　　On February 29, 2008, Plaintiffs filed a Complaint, which raised many allegations similar to those in their previously voluntarily dismissed Complaint.

2. The Complaint also contains new factual allegations regarding Plaintiff Parvati's relationship with a corporation that rented billboard space from it, and contains a claim that the City failed to use proper procedures in adopting a zoning change to the M2 zoning district where Parvati's property is located.

3. The deadline for the Defendants to answer or otherwise respond to the Complaint was previously extended from March 20, 2008 to April 18, 2008.

4. The law firm of Ancel Glink only recently received formal notification that it would continue to represent the individually named City officials named as Defendants in the case.

5. The attorney for the City, Patrick Ruberry, who recently changed law firms, has filed a motion for a 14 day extension of time to respond to the Complaint.

6. The individually named Defendants request additional time to respond to the Complaint in order to research and assess the allegations in the Complaint, including the new allegations, as well as to coordinate with the City in defense of the case.

7. The individually named Defendants also request a 14 day extension of time to make their Rule 26(a) disclosures, until May 8, 2008.

8. Great prejudice will be caused to the Defendants if this Motion is not granted, but there will be little effect on the lawsuit if the Motion is granted.

WHEREFORE, Defendants THE CITY OF OAK FOREST, STEVE JONES, ADAM DOTSON, and DAVID NEWQUIST, individually and in his official capacity as Assistant Coordinator of the Community Development Department of the City of Oak Forest, respectfully request that this Court grant an extension of time to and including May 2, 2008 in which to answer

or otherwise respond to Plaintiffs' Complaint, and to and including May 8, 2008, to make their Rule 26(a) disclosures.

Respectfully submitted,

By:    /s/  Jody Knight


GREGORY S. MATHEWS
JODY KNIGHT
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
jknight@ancelgink.com

## CERTIFICATE OF SERVICE

     I hereby certify that on April 14, 2008, I electronically filed the foregoing Individually Named Defendants' Motion for Extension Of Time to Answer or Otherwise Plead to Plaintiffs' Complaint And for Extension of Time to Make Rule 26(a) Disclosures with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification to:

Patrick J. Ruberry
Litchfield Cavo, LLP
303 West Madison, Suite 300
Chicago, Illinois 60606
ruberry@litchfieldcavo.com

Philip F. Cuevas
Thomas A. Jacobson
Dowd & Dowd, Ltd.
617 West Fulton
Chicago, Illinois 60661
pcuevas@dowdanddowd.com
tjacobson@dowdanddowd.com

John Wimmer
928 Warren Avenue
Downers Grove, Illinois 60515
jwimmerlaw@sbcglobal.net

                                                /s/ Jody Knight
                                                  Jody Knight