IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BETHLEHEM ENTERPRISE, INC., and Illinois corporation, and PARVATI CORP., an Illinois corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 C 702 |
| THE CITY OF OAK FOREST, an Illinois Municipal Corporation; STEVE JONES, individually and in his official capacity as City Administrator of the City of Oak Forest; ADAM DOTSON, individually and in his official capacity as the Coordinator of the Community Development Department of the City of Oak Forest; and DAVID NEWQUIST, individually and in his official capacity as Assistant Coordinator of the Community Development Department of the City of Oak Forest, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Amy St. Eve

Magistrate Judge Valdez |
| Defendants. | | |

**NOTICE OF MOTION**

TO:   See attached Certificate of Service

PLEASE TAKE NOTICE that on **April 17, 2008, at 8:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Amy St. Eve in the Courtroom usually occupied by her in **Room 1241** of the Dirksen Building, 219 South Dearborn, Chicago, Illinois, and then and there present the **Individually Named Defendants' Motion for Extension Of Time to Answer or Otherwise Plead to Plaintiffs' Complaint And for Extension of Time to Make Rule 26(a) Disclosures,** a copy of which is herewith served upon you**.**

　　　　　　　　　　　　　　　　　　　　/s/ Jody Knight
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

Keri-Lyn J. Krafthefer
Derke J. Price
Jody Knight
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
jknight@ancelglink.com

## CERTIFICATE OF SERVICE

       I hereby certify that on April 14, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification to:

Patrick J. Ruberry
Litchfield Cavo, LLP
303 West Madison, Suite 300
Chicago, Illinois 60606
ruberry@litchfieldcavo.com

Philip F. Cuevas
Thomas A. Jacobson
Dowd & Dowd, Ltd.
617 West Fulton
Chicago, Illinois 60661
pcuevas@dowdanddowd.com
tjacobson@dowdanddowd.com

John Wimmer
928 Warren Avenue
Downers Grove, Illinois 60515
jwimmerlaw@sbcglobal.net


                                                    /s/ Jody Knight
                                                       Jody Knight

cvilaro\L:\My Documents\3. JK\Bethlehem v. Oak Forest\Notice of Motion -5.wpd /3254749.0014