UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Bethlehem Enterprise Inc., et al.
                          Plaintiff,

v.                                        Case No.: 1:08–cv–00702
                                          Honorable Amy J. St. Eve

City of Oak Forest, et al.
                          Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

MINUTE entry before Judge Honorable Amy J. St. Eve:MOTION by Defendant City of Oak Forest for extension of time to file response pleadings [13] is granted. Defendant City of Oak Forest to answer or otherwise plead by 4/28/2008. MOTION by Defendants City of Oak Forest, Steve Jones, Adam Dotson, David Newquist for extension of time to Make Rule 26(a) Disclosures, MOTION by Defendants City of Oak Forest, Steve Jones, Adam Dotson, David Newquist for extension of time to file answer regarding complaint 1 or otherwise plead [15] is granted. Individual defendants to answer or otherwise plead by 5/2/2008. Rule 26(a)(1) disclosures due 5/8/2008. Appearance on these motions on 4/17/2008 is stricken.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.