IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BETHLEHEM ENTERPRISE INC., an Illinois corporation, and PARVATI CORP., an Illinois corporation, <br><br> Plaintiffs, <br><br> -vs- <br><br> CITY OF OAK FOREST, an Illinois municipal corporation; STEVE JONES, individually and in his official capacity as City Administrator of the City of Oak Forest; ADAM DOTSON, individually and in his official capacity as the Coordinator of the Community Development Department of the City of Oak Forest; and DAVID NEWQUIST, individually and in his official capacity as Assistant Coordinator of the Community Development Department of the City of Oak Forest; <br><br> Defendants. | No. 08 C 702 <br><br><br><br><br> Judge Amy J. St. Eve <br><br> Magistrate Judge Maria Valdez |

NOTICE OF FILING

To:  Mr. Patrick J. Ruberry         Ms. Jody Knight
     Litchfield Cavo LLP            Mr. Gregory S. Matthews
     303 West Madison Street,       Ancel, Glink, Diamond, Bush,
        Suite 300                      DiCianni & Krafthefer, P.C.
     Chicago, Illinois  60606       140 South Dearborn Street,
                                       Sixth Floor
     Mr. Philip F. Cuevas           Chicago, Illinois  60603
     Mr. Thomas A. Jacobson
     Dowd & Dowd, Ltd.
     617 W. Fulton Street
     Chicago, Illinois  60661

   PLEASE TAKE NOTICE that on the 21st day of April, 2008, there was

filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, an Amended Complaint in the above-captioned case, a copy of which pleading is herewith served upon you.

                                          _____/s/ John R. Wimmer_____
                                                      John R. Wimmer