<u>CERTIFICATE OF SERVICE</u>

     The undersigned attorney hereby certifies that on April 21, 2008, he served copies of the foregoing Notice Of Filing and of the Amended Complaint upon the attorneys of record listed on the Notice Of Filing by filing same with the Court's CM/ECF system.

                                        /s/ John R. Wimmer  
                                          John R. Wimmer

JOHN R. WIMMER  
Attorney at Law  
928 Warren Avenue  
Downers Grove, Illinois  60515  
(630) 810-0005  
Attorney No. 03125600