IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BETHLEHEM ENTERPRISE, INC., an Illinois corporation, and PARVATI CORP., an Illinois corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 702 |
| v. | ) ) | Judge Amy St. Eve |
| CITY OF OAK FOREST, an Illinois municipal corporation, STEVE JONES, individually and in his official capacity as City Administrator of the City of Oak Forest; ADAM DOTSON, individually and in his official capacity as the Coordinator of the Community Development Department of the City of Oak Forest; and DAVID NEWQUIST, individually and in his official capacity as Assistant Coordinator of the Community Development Department of the City of Oak Forest, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Maria Valdez |
| Defendants. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO
ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT
AND FOR PARTIES' 26(A)(1) DISCLOSURES**

NOW COME Defendants, STEVE JONES, ADAM DOTSON, and DANIEL NEWQUIST, by their counsel, ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C., and move this Court to extend the time within which all Defendants are to answer or otherwise plead to Plaintiff's Amended Complaint for an additional 15 days, to and including May 27, 2008, and for an additional 14 days for all parties to make 26(a)(1) disclosures until May 23, 2008, and, in support of their Motion state as follows:

1. On February 29, 2008, Plaintiffs filed a Complaint, which raised many allegations similar to those in their previously voluntarily dismissed Complaint.

2. The Complaint also contains new factual allegations regarding Plaintiff Parvati's relationship with a corporation that rented billboard space from it, and contains a claim that the City failed to use proper procedures in adopting a zoning change to the M2 zoning district where Parvati's property is located.

3. The deadline for the Defendants to answer or otherwise respond to the Complaint was extended from March 20, 2008 to April 18, 2008, and then to April 28, 2008, for the City and May 2, 2008, for the individually named Defendants.

4. On April 21, 2008, Defendants filed an Amended Complaint, which included a new request for damages.

5. The response to the Amended Complaint is due May 12, 2008.

6. The City and individually named Defendants request an additional 15 days, or until May 27, 2008, to respond to the Amended Complaint in order to research and assess the allegations in the Complaint, including the new allegations, as well as to coordinate in defense of the case.

7. Plaintiffs have no objection to this extension of time.

8. On motion from Defendants, the Court previously extended the 26(a)(1) disclosure date to May 8, 2008.

9. In light of the revised schedule due to the Amended Complaint and multiple work conflicts, all parties jointly seek an additional 14 days, or until May 23, to make 26(a)(1) disclosures.

10. Great prejudice will be caused to the parties if this Motion is not granted, but there will be little effect on the lawsuit if the Motion is granted.

WHEREFORE, Defendants, STEVE JONES, ADAM DOTSON, and DANIEL NEWQUIST, respectfully request that this Court grant an extension of time to and including May 27, 2008 in which to answer or otherwise respond to Plaintiffs' Complaint and to and including May 23 to make 26(a)(1) disclosures.

Respectfully submitted,

BY:   /s/   Jody Knight

KERI-LYN J. KRAFTHEFER
DERKE J. PRICE
JODY KNIGHT
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Fax

cvilaro\L:\My Documents\Jody Knight\Bethlehem v. Oak Forest\08 C 702\Motion for Extension of Time.wpd /