IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BETHLEHEM ENTERPRISE, INC., an Illinois corporation, and PARVATI CORP., an Illinois corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 702 |
| v. | ) ) | Judge Amy St. Eve |
| CITY OF OAK FOREST, an Illinois municipal corporation, STEVE JONES, individually and in his official capacity as City Administrator of the City of Oak Forest; ADAM DOTSON, individually and in his official capacity as the Coordinator of the Community Development Department of the City of Oak Forest; and DAVID NEWQUIST, individually and in his official capacity as Assistant Coordinator of the Community Development Department of the City of Oak Forest, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Maria Valdez |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   All Counsel of Record - (Please see attached Service List)

PLEASE TAKE NOTICE that on **May 14, 2008, at 8:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Amy St. Eve** in the Courtroom usually occupied by her in **Room 1241** of the Dirksen Building, 219 South Dearborn, Chicago, Illinois, and then and there present **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT AND FOR PARTIES 26(A)(1) DISCLOSURES,** a copy of which is herewith served upon you**.**

ANCEL, GLINK, DIAMOND, BUSH, DiCIANNI & KRAFTHEFER, P.C.

By:   /s/ Jody Knight
        Attorneys for Defendants

GREGORY S. MATHEWS
JODY KNIGHT
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Fax

## PROOF OF SERVICE

      I, Jody Knight, an attorney, state that a copy of **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT AND FOR PARTIES 26(A)(1) DISCLOSURES** and **NOTICE OF MOTION** were served electronically to all parties of record via ECF on May 7, 2007.

[X] I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

/s/  Jody Knight

cvilaro\L:\My Documents\Jody Knight\Bethlehem v. Oak Forest\08 C 702\Notice of Motion.wpd /