UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Bethlehem Enterprise Inc., et al.
                      Plaintiff,

v.                                            Case No.: 1:08−cv−00702
                                            Honorable Amy J. St. Eve

City of Oak Forest, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 9, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:MOTION by Defendants Steve Jones, Adam Dotson, David Newquist for extension of time to answer or otherwise plead to plaintiffs' complaint and for parties' 26(a)(1) disclosures [22] is granted. Appearance on this motion on 5/14/2008 is stricken. Rule 26(a)(1) disclosures due 5/23/2008. Defendants to answer or otherwise plead by 5/27/2008. ( Status hearing set for 5/14/2008 is stricken and reset to 6/2/2008 at 08:30 AM.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.