IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BETHLEHEM ENTERPRISE, INC., an Illinois corporation, and PARVATI CORP., an Illinois corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) | Case No. 08 C 702 |
| v. | ) ) | Judge Amy St. Eve |
| CITY OF OAK FOREST, an Illinois municipal corporation, STEVE JONES, individually and in his official capacity as City Administrator of the City of Oak Forest; ADAM DOTSON, individually and in his official capacity as the Coordinator of the Community Development Department of the City of Oak Forest; and DAVID NEWQUIST, individually and in his official capacity as Assistant Coordinator of the Community Development Department of the City of Oak Forest, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Maria Valdez |
| Defendants. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' AMENDED COMPLAINT**

NOW COME Defendants, STEVE JONES, ADAM DOTSON, and DANIEL NEWQUIST, by their counsel, ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C., and move this Court to extend the time within which Defendants are to answer or otherwise plead to Plaintiffs' Amended Complaint for an additional 6 days, to and including June 2, 2008, and, in support of their Motion state as follows:

1.      On February 29, 2008, Plaintiffs filed a Complaint, which raised many allegations similar to those in their previously voluntarily dismissed Complaint.

2.      The Complaint also contains new factual allegations regarding Plaintiff Parvati's relationship with a corporation that rented billboard space from it, and contains a claim that the City failed to use proper procedures in adopting a zoning change to the M2 zoning district where Parvati's property is located.

3.      The deadline for the Defendants to answer or otherwise respond to the Complaint was extended from March 20, 2008 to April 18, 2008, and then to April 28, 2008, for the City and May 2, 2008, for the individually named Defendants.

4.      On April 21, 2008, Defendants filed an Amended Complaint, which included a new request for damages.

5.      The response to the Amended Complaint was due May 12, 2008.

6.      The City and individually named Defendants requested an additional 15 days, or until May 27, 2008, to respond to the Amended Complaint in order to research and assess the allegations in the Complaint, including the new allegations, as well as to coordinate in defense of the case.

7.      Due to work conflicts and delays caused by coordinating the defense of the City and the individually named Defendants, Defendants request an additional 6 days, or until June 2, 2008 to respond to the Amended Complaint.

7.      Plaintiffs have no objection to this extension of time.

10.      Great prejudice will be caused to the parties if this Motion is not granted, but there will be little effect on the lawsuit if the Motion is granted.

WHEREFORE, Defendants, STEVE JONES, ADAM DOTSON, and DANIEL NEWQUIST, respectfully request that this Court grant an extension of time to and including June 2, 2008 in which to answer or otherwise respond to Plaintiffs' Complaint.

Respectfully submitted,

By:      /s/   Jody Knight

GREGORY S. MATHEWS
JODY KNIGHT
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2008, I electronically filed the foregoing Agreed Motion for Extension of Time for Defendants To Answer or Otherwise Plead to Plaintiffs' Amended Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

John R. Wimmer
928 Warren Avenue
Downers Grove, IL  60515
jwimmerlaw@sbcglobal.net

Patrick J. Ruberry
Litchfield Cavo, LLP
303 West Madison, Suite 300
Chicago, IL  60606
ruberry@litchfieldcavo.com

Philip F. Cuevas
Thomas A. Jacobson
Dowd & Dowd, Ltd.
617 West Fulton
Chicago, IL  60661
pcuevas@dowdanddowd.com
tjacobson@dowdanddowd.com


/s/ Jody Knight