3118-125

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BETHLEHEM ENTERPRISE, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 08 C 702 |
| ) | |
| CITY OF OAK FOREST, et al., ) | Honorable Amy St. Eve |
| ) | Magistrate Judge Maria Valdez |
| Defendants. ) | |

## CITY OF OAK FOREST'S MOTION TO FILE ITS
## RESPONSIVE PLEADING, INSTANTER

NOW COMES the defendant, The City of Oak Forest, by its attorneys, LITCHFIELD CAVO, LLP, and moves this court for entry of an order granting them leave to file, instanter, their responsive pleadings. In support thereof, the defendant states as follows:

1. On April 21, 2008, the plaintiff filed an amended complaint that comprises 44 pages.

2. Since April 21, 2008, the undersigned has been involved in transferring various files over from Dowd & Dowd, Ltd., to his new practice at Litchfield Cavo, LLP. Additionally, the undersigned has been faced with a number of dispositive motion deadlines which have prevented him from completing the city's motion to dismiss.

1

WHEREFORE, the defendant, the City of Oak Forest, prays for entry of an order granting it leave to file, instanter, its motion to dismiss and for any additional relief the court deems proper.

        Respectfully submitted,

        LITCHFIELD CAVO, LLP.

Patrick J. Ruberry, Esq. (06188844)
LITCHFIELD CAVO, LLP
303 West Madison Street , Suite 300
Chicago, IL 60606-3300    By:   /s/ Patrick J. Ruberry
(312) 781-6677        Attorneys for the defendant,
(312) 781-6630 fax       The City of Oak Forest

### CERTIFICATE OF SERVICE

I, the undersigned, being first duly sworn upon oath, depose, and say that I caused to be served The City Of Oak Forest's Motion To Dismiss by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF on the 28th day of May, 2008.

        /s/ Patrick J. Ruberry
Patrick J. Ruberry, Esq. (06188844)   Attorneys for the defendant,
LITCHFIELD CAVO, LLP       The City of Oak Forest
303 West Madison Street , Suite 300
Chicago, IL 60606-3300
(312) 781-6677
(312) 781-6630 fax