# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Bethlehem Enterprise Inc., et al.

                              Plaintiff,

v.                                             Case No.: 1:08–cv–00702

                                                   Honorable Amy J. St. Eve

City of Oak Forest, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:MOTION by Defendants Steve Jones, Adam Dotson, David Newquist for extension of time to Answer or Otherwise Plead to Plaintiffs' Amended Complaint [25] is granted. Defendants to answer or otherwise plead by 6/2/2008. MOTION by Defendant City of Oak Forest for leave to file responsive pleading, instanter [28] is grantedMailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.