# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 702 | **DATE** | 6/2/2008 |
| **CASE TITLE** | Parvati Corp. v. City of Oak Forest et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/2/08 and continued to 7/17/08 at 8:30 a.m. Individual defendants to answer or otherwise plead by 6/3/08. Plaintiffs' oral motion to dismiss the claims as to Bethlehem Enterprise, Inc. with prejudice is granted. Plaintiff Bethlehem Enterprise, Inc. is hereby terminated as a party and the case is to proceed as to plaintiff Parvati Corp. Plaintiff to respond to the City of Oak Forest's motion to dismiss [31] or file an amended complaint by 7/7/08. Defendant City's reply to be filed by 7/21/08. Discovery is stayed.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | KF |
|---|---|---|