**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Parvati Corp., et al.

                         Plaintiff,

v.                                                         Case No.: 1:08−cv−00702
                                                            Honorable Amy J. St. Eve

City of Oak Forest, et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: The individual Defendants' motion to dismiss the Amended Complaint [34] is entered. Plaintiffs' response or amended complaint due by 7/07/08. Defendants' reply due by 7/21/08.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.