

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:  Joanie Rae Wimmer

FIRM:  The Law Offices of Joanie Rae Wimmer

STREET ADDRESS:  928 Warren Avenue

CITY/STATE/ZIP:  Downers Grove, Illinois  60515

PHONE NUMBER:  (630) 810-0005

E-MAIL ADDRESS:  JWimmerLaw@sbcglobal.net

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):  3125600

If you have previously filed an appearance with
this Court using a different name, enter that name:  John R. Wimmer

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 07-cv-00868 | Cleveland et al. v. Liberio | Joan B. Gottschall |
| 07-cv-04015 | Orlowski v. Eriksen | Virginia M. Kendall |
| 08-cv-00702 | Bethlehem Enterprise Inc. et al. v. City of Oak Forest et al. | Amy J. St. Eve |
| 08-cv-03184 | Baxa v. Village of Villa Park et al. | Harry D. Leinenweber |

_____/s/ Joanie Rae Wimmer_____          _____July 2, 2008_____
           Attorney's Signature                                                              Date