IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BETHLEHEM ENTERPRISE INC., an Illinois corporation, and PARVATI CORP., an Illinois corporation, <br><br> Plaintiffs, <br><br> -vs- <br><br> CITY OF OAK FOREST, an Illinois municipal corporation; STEVE JONES, individually and in his official capacity as City Administrator of the City of Oak Forest; ADAM DOTSON, individually and in his official capacity as the Coordinator of the Community Development Department of the City of Oak Forest; and DAVID NEWQUIST, individually and in his official capacity as Assistant Coordinator of the Community Development Department of the City of Oak Forest; <br><br> Defendants. | No. 08 C 702 <br><br><br><br> Judge Amy J. St. Eve <br><br> Magistrate Judge Maria Valdez |

NOTICE OF FILING

To: Mr. Patrick J. Ruberry
    Litchfield Cavo LLP
    303 West Madison Street,
      Suite 300
    Chicago, Illinois  60606

    Mr. Philip F. Cuevas
    Mr. Thomas A. Jacobson
    Dowd & Dowd, Ltd.
    617 W. Fulton Street
    Chicago, Illinois  60661

Ms. Jody Knight
Mr. Gregory S. Matthews
Ancel, Glink, Diamond, Bush,
   DiCianni & Krafthefer, P.C.
140 South Dearborn Street,
   Sixth Floor
Chicago, Illinois  60603

    PLEASE TAKE NOTICE that on the 2nd day of July, 2008, there was filed

with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Notice Of Change Of Attorney Address Or Name in the above-captioned case, a copy of which notice is herewith served upon you.

      /s/ Joanie Rae Wimmer
      Joanie Rae Wimmer