IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BETHLEHEM ENTERPRISE INC., an Illinois corporation, and PARVATI CORP., an Illinois corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | |
| CITY OF OAK FOREST, an Illinois municipal corporation; STEVE JONES, individually and in his official capacity as City Administrator of the City of Oak Forest; ADAM DOTSON, individually and in his official capacity as the Coordinator of the Community Development Department of the City of Oak Forest; and DAVID NEWQUIST, individually and in his official capacity as Assistant Coordinator of the Community Development Department of the City of Oak Forest; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 08 C 702<br><br><br><br><br><br><br><br><br>Judge Amy J. St. Eve |
| Defendants. | ) | Magistrate Judge Maria Valdez |

PLAINTIFF PARVATI CORP.'S AGREED MOTION FOR
EXTENSION OF TIME TO RESPOND TO THE PENDING
MOTIONS TO DISMISS BY FILING EITHER A SECOND
<u>AMENDED COMPLAINT OR BY FILING A BRIEF IN OPPOSITION</u>

NOW COMES Plaintiff PARVATI CORP., by and through its attorney, JOANIE RAE WIMMER, and presents this agreed motion for an extension of time of twenty-eight (28) days to respond to the Defendants' pending motions to dismiss by filing either a second amended complaint or by filing a brief in opposition, and, in support of said motion, alleges and states as follows:

- 1 -

1. That on May 29, 2008, Defendant CITY OF OAK FOREST filed a motion to dismiss in this case.

2. That on June 3, 2008, the individual Defendants filed a motion to dismiss in this case.

3. That, pursuant to orders entered by this Court on June 2, 2008, and June 18, 2008, Plaintiff PARVATI CORP.'s response to said motions, either by way of a second amended complaint or by brief in opposition, is currently due by July 7, 2008.

4. That counsel for Plaintiff PARVATI CORP. will require additional time to file the response on behalf of her client because of counsel's previously set professional responsibilities in other matters and other responsibilities as summarized below.

5. That, since the status hearing in this case on the morning of June 2, 2008, counsel for Plaintiff PARVATI CORP. was required do the following:  try an evidentiary hearing in a motion to suppress evidence in a criminal case (*People of the State of Illinois v. Richard J. Rodriguez,* DuPage County Case No. 07 CM 6920), defend the deposition of her client in two different civil cases (*Orlowski v. Eriksen,* U.S. District Case No. 07 C 4015, and *Cleveland, et al. v. Liberio,* U.S. District Court Case No. 07 C 0868), take three other depositions in a civil case (*Orlowski v. Eriksen,* U.S. District Case No. 07 C 4015), attend contested motion hearings in two different civil cases (*Elementi v. Elementi,* DuPage County Case No. 08 L 204, and *Li v. Guo,* DuPage County Case No. 06 F 667), prepare and file complaints in two separate cases in which the statute

of limitations was running (*Baxa v. Village of Villa Park*, U.S. District Court Case No. 08 C 3184, and *Sarna, et al. v. Anchanzar*, Kane County Case No. 08 L 316), file a charge of discrimination in a case in which the period of limitations was running (*Fitzsimmons v. Universal Taxi Dispatch, Inc., et al.*, Illinois Department of Human Rights), answer discovery and prepare and file a motion to dismiss indictment in a criminal case (*People of the State of Illinois v. Heady*, Kane County Case No. 08 CF 926), prepare and file a reply brief in a civil case (*Li v. Guo*, DuPage County Case No. 06 F 667), and attend six court appearances in addition to the matters referred to above.

    6.  That, in addition to the foregoing, counsel for Plaintiff PARVATI CORP. was required to prepare extensive answers to interrogatories in a case in which she is a party (*In re Marriage of Wimmer*, DuPage County Case No. 08 D 898).

    7.  That, in addition to the foregoing, counsel for Plaintiff PARVATI CORP., who is a sole practitioner, was required to attend to other professional responsibilities involved in the administration of a solo law practice.

    8.  That, in addition, counsel for Plaintiff PARVATI CORP. was required to expend large amounts of time during the last month dealing with a personal health issue.

    9.  That counsel for all parties have agreed to the relief requested by this motion.

    WHEREFORE, for the above and foregoing reasons, Plaintiff PARVATI CORP. respectfully requests this Court to extend the time within which it may respond to the pending motions to dismiss by filing either a second amended

complaint or by filing a brief in opposition for twenty-eight (28) days, or to and including August 4, 2008, and that this Court grant said Plaintiff such other and further relief as is proper and just in the premises.

                                       Respectfully submitted,

                                       _____/s/ Joanie Rae Wimmer_____
                                            Joanie Rae Wimmer

JOANIE RAE WIMMER
Attorney at Law
928 Warren Avenue
Downers Grove, Illinois  60515
(630) 810-0005
Attorney No. 03125600