IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BETHLEHEM ENTERPRISE INC., an Illinois corporation, and PARVATI CORP., an Illinois corporation,<br><br>    Plaintiffs,<br><br>    -vs-<br><br>CITY OF OAK FOREST, an Illinois municipal corporation; STEVE JONES, individually and in his official capacity as City Administrator of the City of Oak Forest; ADAM DOTSON, individually and in his official capacity as the Coordinator of the Community Development Department of the City of Oak Forest; and DAVID NEWQUIST, individually and in his official capacity as Assistant Coordinator of the Community Development Department of the City of Oak Forest;<br><br>    Defendants. | No. 08 C 702<br><br><br><br>Judge Amy J. St. Eve<br><br>Magistrate Judge Maria Valdez |

### NOTICE OF MOTION

To:  Mr. Patrick J. Ruberry  
      Litchfield Cavo LLP  
      303 West Madison Street,  
        Suite 300  
      Chicago, Illinois 60606  

      Mr. Philip F. Cuevas  
      Mr. Thomas A. Jacobson  
      Dowd & Dowd, Ltd.  
      617 W. Fulton Street  
      Chicago, Illinois 60661  

      Ms. Jody Knight  
      Mr. Gregory S. Matthews  
      Ancel, Glink, Diamond, Bush,  
        DiCianni & Krafthefer, P.C.  
      140 South Dearborn Street,  
        Sixth Floor  
      Chicago, Illinois 60603  

    PLEASE TAKE NOTICE that on the 10th day of July, 2008, at 8:30 a.m.,

or as soon thereafter as counsel may be heard, the undersigned attorney shall appear before the Honorable Amy J. St. Eve, or any judge sitting in her stead, in Courtroom 1241 in the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff Parvati Corp.'s Agreed Motion For Extension Of Time To Respond To The Pending Motions To Dismiss By Filing Either A Second Amended Complaint Or By Filing A Brief In Opposition, a copy of which motion is herewith served upon you, at which time and place you may appear as you see fit to do.



                                                                                 /s/ Joanie Rae Wimmer
                                                                                    Joanie Rae Wimmer