<u>CERTIFICATE OF SERVICE</u>

      The undersigned attorney hereby certifies that on July 3, 2008, she served copies of the foregoing Notice Of Motion and Plaintiff Parvati Corp.'s Agreed Motion For Extension Of Time To Respond To The Pending Motions To Dismiss By Filing Either A Second Amended Complaint Or By Filing A Brief In Opposition in the above-captioned case upon the attorneys of record listed on the Notice Of Motion by filing same with the Court's CM/ECF system.

                                            /s/ Joanie Rae Wimmer
                                              Joanie Rae Wimmer

JOANIE RAE WIMMER
Attorney at Law
928 Warren Avenue
Downers Grove, Illinois  60515
(630) 810-0005
Attorney No. 03125600