UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Parvati Corp., et al.
         Plaintiff,

v.                 Case No.: 1:08−cv−00702
                Honorable Amy J. St. Eve

City of Oak Forest, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 7, 2008:

  MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff's agreed motion for extension of time [38] is granted. Plaintiff Parvati is given until 8/4/08 in which to respond to the pending motions to dismiss by filing either a second amended complaint or by filing a brief in opposition. No appearance required on the 7/10/08 notice date. Status hearing set for 7/17/08 is stricken and reset to 8/6/08 at 8:30 a.m.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.