## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BETHLEHEM ENTERPRISE INC., an Illinois corporation, and PARVATI CORP., an Illinois corporation,<br><br>　　　　Plaintiffs,<br><br>　　　　-vs-<br><br>CITY OF OAK FOREST, et al.<br><br>　　　　Defendants. | 08 C 702<br><br>Judge St. Eve<br>Magistrate Judge Valdez |

### ATTORNEY JACOBSON'S MOTION TO WITHDRAW AS COUNSEL

NOW COMES attorney Thomas Jacobson and for his motion to withdraw as counsel for defendant the City of Oak Forest he states as follows:

1. In or around April 2008 the defense of the City of Oak Forest in this lawsuit was transferred from the law firm of Dowd and Dowd, Ltd. to the law firm of Litchfield Cavo, LLP.

2. Attorneys Patrick Ruberry and Philip Cuevas of Litchfield Cavo will continue to represent the City in this litigation.

3. Attorney Thomas Jacobson is employed by the law firm of Dowd & Dowd, Ltd, which is no longer involved in this litigation.

WHEREFORE attorney Thomas Jacobson respectfully requests that this court enter an order allowing him to withdraw as counsel on behalf of the City of Oak Forest.

By:　/s/ Thomas A. Jacobson

Thomas A. Jacobson
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL  60661
(312) 704-4400
(312) 704-4500-fax

## CERTIFICATE OF SERVICE

I, an attorney, state that **ATTORNEY JACOBSON'S MOTION TO WITHDRAW AS COUNSEL** was served electronically to all attorneys of record via ECF on July 30, 2008.

By:   /s/ Thomas A. Jacobson

Thomas A. Jacobson
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL  60661
(312) 704-4400
(312) 704-4500-fax