TAJ/pjb                           Code No. 141                    Our File No. 5574-25031

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BETHLEHEM ENTERPRISE INC., an Illinois corporation, and PARVATI CORP., an Illinois corporation, | ) ) ) ) ) | |
| | ) | 08 C 702 |
| Plaintiffs, | ) ) | Judge St. Eve |
| -vs- | ) ) | Magistrate Judge Valdez |
| CITY OF OAK FOREST, et al. | ) ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:   See attached service list.

On **August 20, 2008** at **8:30 a.m**. or as soon thereafter as counsel may be heard, and shall appear before the Honorable Judge Amy St. Eve in the Courtroom usually occupied by her in **Room 1241** of the Dirksen Building 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached, **ATTORNEY JACOBSON'S MOTION TO WITHDRAW AS COUNSEL.**

                              DOWD & DOWD, LTD.

                    By:    /s/ Thomas A. Jacobson

Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL  60661
Tel:  312/704-4400
Fax:  312/704-4500

**CERTIFICATE OF SERVICE**

    I, an attorney, state that **ATTORNEY JACOBSON'S MOTION TO WITHDRAW AS COUNSEL.** was served electronically to all attorneys of record via ECF on July 30, 2008.
.

                                            By:    /s/ Thomas A. Jacobson

Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL  60661
Tel:  312/704-4400
Fax:  312/704-4500

**Service List**

Philip F Cuevas    cuevas@litchfieldcavo.com, vaughn@litchfieldcavo.com

Jody Knight    jknight@ancelglink.com, smonroe@ancelglink.com

Gregory Stephen Mathews    gmathews@ancelglink.com, jcottle@ancelglink.com

Patrick John Ruberry    ruberry@litchfieldcavo.com, wilsonl@litchfieldcavo.com

Joanie Rae Wimmer    jwimmerlaw@sbcglobal.net