# EXHIBIT A

Case 1:08-cv-00702   Document 44-2   Filed 08/04/2008   Page 1 of 2



15440 South Central Avenue  Oak Forest, Illinois 60452-2195
708.687.4050  •  Fax 708.687.8817  •  www.oak-forest.org

September 12, 2007

*certified mail*

Parvati Corporation
4375 Frontage Road
Oak Forest, IL 6049

    **RE:**    *Special Use Permit Application for Operation of an Extended Stay Hotel in M2 Heavy Manufacturing District at 4375 Frontage Road*

To Whom It May Concern:

    Enclosed is your application together with your check paying the application fee in the amount of $600.00 related to the above-noted matter. We are returning these items to you because hotels and motels, extended stay or otherwise, are prohibited in the M2 Heavy Manufacturing District, unless they are to be located on a property that has frontage along either 167th Street or Harlem Avenue. Your property does not have such frontage and therefore you do not fall under the exception.

    You submitted your application based upon a published version of Appendix A that erroneously showed such uses as being allowed anywhere in the M2 Heavy Manufacturing District. That version has since been corrected by the City and we apologize for any confusion this may have caused you.

    If you have any questions please contact Adam Dotson or me.

Sincerely,

Katie Forystek

Enclosures

cc:    Steve Jones (w/o encl.)
       Adam Dotson (w/o encl.)
       Keri-Lyn Krafthefer (w/o encl.)
       David Silverman (w/o encl.)

**1994**