IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PARVATI CORP., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) ) | |
| CITY OF OAK FOREST, an Illinois municipal corporation; STEVE JONES, individually and in his official capacity as City Administrator of the City of Oak Forest; ADAM DOTSON, individually and in his official capacity as the Coordinator of the Community Development Department of the City of Oak Forest; and DAVID NEWQUIST, individually and in his official capacity as Assistant Coordinator of the Community Development Department of the City of Oak Forest; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 08 C 702<br><br><br><br><br><br><br><br><br>Judge Amy J. St. Eve |
| Defendants. | ) ) | Magistrate Judge Maria Valdez |

NOTICE OF FILING

To: Mr. Patrick J. Ruberry
Litchfield Cavo LLP
303 West Madison Street,
   Suite 300
Chicago, Illinois  60606

Mr. Philip F. Cuevas
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, Illinois  60661

Ms. Jody Knight
Mr. Gregory S. Matthews
Ancel, Glink, Diamond, Bush,
   DiCianni & Krafthefer, P.C.
140 South Dearborn Street,
   Sixth Floor
Chicago, Illinois  60603

   PLEASE TAKE NOTICE that on the 4th day of August, 2008, there was

filed with the Clerk of the United States District Court for the Northern District

of Illinois, Eastern Division, a Second Amended Complaint in the above-captioned case, a copy of which pleading is herewith served upon you.

                                                                     _____/s/ Joanie Rae Wimmer_____
                                                                           Joanie Rae Wimmer