CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on August 4, 2008, she served copies of the foregoing Notice Of Filing and of the Second Amended Complaint upon the attorneys of record listed on the Notice Of Filing by filing same with the Court's CM/ECF system.

                                                /s/ Joanie Rae Wimmer
                                                 Joanie Rae Wimmer

JOANIE RAE WIMMER
Attorney at Law
928 Warren Avenue
Downers Grove, Illinois  60515
(630) 810-0005
Attorney No. 03125600