**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Parvati Corp., et al.
                    Plaintiff,

v.                                           Case No.: 1:08−cv−00702
                                             Honorable Amy J. St. Eve

City of Oak Forest, et al.
                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, August 6, 2008:


MINUTE entry before the Honorable Amy J. St. Eve: Status hearing held on 8/6/08 and continued to 11/13/08 at 8:30 a.m. Defendants' motions to dismiss [31] [34] are denied as moot in light of plaintiff's second amended complaint. Defendants to answer or otherwise plead to plaintiff's second amended complaint by 8/29/08. Plaintiff Parvati is given until 9/26/08 in which to respond to any motions to dismiss by filing either a third amended complaint or by filing a brief in opposition. Defendants' replies to be filed by 10/10/08. Mailed notice(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.