3118-125

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BETHLEHEM ENTERPRISE, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 08 C 702 |
| ) | |
| CITY OF OAK FOREST, et al., ) | Honorable Amy St. Eve |
| ) | Magistrate Judge Maria Valdez |
| Defendants. ) | |

## DEFENDANTS' JOINT MOTION FOR ADDITIONAL TIME TO FILE THEIR RESPONSIVE PLEADINGS

NOW COME the Defendants, the City of Oak Forest City of Oak Forest, Steve Jones, Adam Dotson and David Newquist, by their respective attorneys, and move this Court for entry of an order granting them an additional 10 days within which to file their responsive pleadings.

1.      The defendants' response to the Second Amended Complaint was to be filed on or before August 29, 2008.

2.      Lead counsel for the City, Patrick J. Ruberry of Litchfield Cavo LLP, was unable to complete the City's response because he was on trial from August 22 through August 27 in the matter of *Wojowski vs. Crull*, 07-cv-0275.

3.      Counsel for the individual defendants, Ms. Jodi Knight of Ancel Glink, has been engaged in writing several briefs and has not been able to complete her clients' responsive pleadings.

4.       This request for an extension is made in good faith is not intended to delay or protract these proceedings.

1

2

Accordingly, the defendants request an additional 10 days within which to file their responses to the Second Amended Complaint.

                                     Respectfully submitted,

                                     LITCHFIELD CAVO, LLP.

Patrick J. Ruberry, Esq. (06188844)
LITCHFIELD CAVO, LLP
303 West Madison Street , Suite 300
Chicago, IL 60606-3300          By:   /s/ Patrick J. Ruberry
(312) 781-6677                                Attorneys for the defendant,
(312) 781-6630 fax                       City of Oak Forest

**CERTIFICATE OF SERVICE**

  I, the undersigned, being first duly sworn upon oath, depose, and say that I caused to be served Defendants' Joint Motion for Additional Time to File their Responsive Pleadings by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF on the 29th day of August, 2008.

|  |  |
|---|---|
| | /s/ Patrick J. Ruberry |
| Patrick J. Ruberry, Esq. (06188844) | Attorneys for the defendant, |
| LITCHFIELD CAVO, LLP | City of Oak Forest |
| 303 West Madison Street , Suite 300 | |
| Chicago, IL 60606-3300 | |
| (312) 781-6677 | |
| (312) 781-6630 fax | |