IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BETHLEHEM ENTERPRISE, INC., an Illinois corporation, and PARVATI CORP., an Illinois corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 702 |
| v. | ) ) | Judge Amy St. Eve |
| CITY OF OAK FOREST, an Illinois municipal corporation, STEVE JONES, individually and in his official capacity as City Administrator of the City of Oak Forest; ADAM DOTSON, individually and in his official capacity as the Coordinator of the Community Development Department of the City of Oak Forest; and DAVID NEWQUIST, individually and in his official capacity as Assistant Coordinator of the Community Development Department of the City of Oak Forest, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Maria Valdez |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO
RESPOND TO PLAINTIFF'S MOTION TO VACATE**

NOW COME Defendants, STEVE JONES, ADAM DOTSON, and DAVID NEWQUIST,

by their counsel, ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C., and

move this Court to extend the time within which all Defendants are to respond to Plaintiff's Motion

to Vacate for one additional week, to and including September 11, 2008, and, in support of their

Motion state as follows:

1.    On July 14, 2008, Plaintiff filed a Motion to Vacate the Court's decision in the

previously filed case, number 06 C 1772.

2.     The deadline for the Defendants to respond to the Motion to Vacate was August 14, 2008.

3.     The City and individually named Defendants requested and were granted an additional 21 days, or until September 4, 2008, to respond to the Motion to Vacate in order to research and assess the contentions set forth in the Motion, including serious allegations regarding alleged misrepresentations by the City.

4.     Although the Defendants have diligently attempted to file their responses by September 4, 2008, they now request an additional 7 days, or until September 11, 2008 to file their responses to the Motion to Vacate.

5.     The delay is caused by multiple factors, including personnel changes at the City that have made it difficult to gather all relevant documents, Patrick Ruberry's conflicting trial responsibilities, the illness of Patrick Ruberry's secretary, who only returned to the office today, and Jody Knight's multiple conflicting motion and other court deadlines.

6.     Great prejudice will be caused to the parties if this Motion is not granted, but there will be little effect on the lawsuit if the Motion is granted.

WHEREFORE, Defendants respectfully request that this Court grant to all Defendants an extension of time to and including September 11, 2008 in which to respond to Plaintiff's Motion to vacate.

Respectfully submitted,

By:     /s/ Jody Knight

GREGORY S. MATHEWS
JODY KNIGHT
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
(312) 782-7606

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2008, I electronically filed the foregoing Motion for Extension of Time for All Defendants to Respond to Plaintiff's Motion to Vacate with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jody Knight
jknight@ancelglink.com