IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BETHLEHEM ENTERPRISE, INC., and Illinois corporation, and PARVATI CORP., an Illinois corporation,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>THE CITY OF OAK FOREST, an Illinois Municipal Corporation; STEVE JONES, individually and in his official capacity as City Administrator of the City of Oak Forest; ADAM DOTSON, individually and in his official capacity as the Coordinator of the Community Development Department of the City of Oak Forest; and DAVID NEWQUIST, individually and in his official capacity as Assistant Coordinator of the Community Development Department of the City of Oak Forest,<br><br>　　　　　Defendants. | Case No. 08 C 702<br><br>Judge Amy St. Eve<br><br>Magistrate Judge Valdez |

**NOTICE OF MOTION**

TO:　See attached Certificate of Service

　　PLEASE TAKE NOTICE that on **September 10, 2008, at 8:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Amy St. Eve in the Courtroom usually occupied by her in **Room 1241** of the Dirksen Building, 219 South Dearborn, Chicago, Illinois, and then and there present the Motion for Extension of Time for All Defendants to Respond to Plaintiff's Motion to Vacate**,** a copy of which is herewith served upon you**.**

　　　　　　　　　　　　　　　　　　　/s/ Jody Knight
　　　　　　　　　　　　　　　　　　Attorneys for Defendants

KERI-LYN J. KRAFTHEFER
DERKE J. PRICE
JODY KNIGHT
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
jknight@ancelglink.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 4, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification to all counsel of record.

                                              /s/ Jody Knight
                                              Jody Knight

CVILARO\L:\3. JK\BETHLEHEM V. OAK FOREST\NOTICE OF MOTION -5.WPD /3254749.0014