# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Parvati Corp., et al.

                                        Plaintiff,

v.                                                          Case No.: 1:08–cv–00702
                                                            Honorable Amy J. St. Eve

City of Oak Forest, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 8, 2008:

   MINUTE entry before the Honorable Amy J. St. Eve: Defendants' motion for extension of time to respond to plaintiff's motion to vacate [50] is stricken without prejudice. Defendants should refile their motion for extension of time in 06 C 1772, where the motion to vacate is pending. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.