3118-125

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BETHLEHEM ENTERPRISE, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | No. 08 C 702 |
| ) | |
| CITY OF OAK FOREST, et al., ) | Honorable Amy St. Eve |
| ) | Magistrate Judge Maria Valdez |
| Defendants. ) | |

## DEFENDANT'S MOTION FOR ADDITIONAL TIME TO FILE THEIR RESPONSIVE PLEADINGS

NOW COMES the Defendant, the City of Oak Forest, by its attorneys, Litchfield Cavo LLP, and moves this Court for entry of an order granting them an additional 4 days within which to file their responsive pleadings.

1.  The defendant's response to the Second Amended Complaint was to be filed on or before August 29, 2008.

2.  This Court extended the due date to September 8, 2008.

3.  Lead counsel for the city, Patrick J. Ruberry, has been involved in preparing several briefs, including a response to plaintiff's Rule 60 petition.

4.  Additionally, the undersigned is assisting a colleague in preparing for trial in the matter of *Smith v. Forest Park*, 07-cv-829.

5.  Accordingly, the city requests that this court grant an additional four days within which to file its responsive pleadings (September 12, 2008).

6.  This request for an extension is made in good faith and is not intended to delay or protract these proceedings.

2

Accordingly, the defendant, the City of Oak Forest, requests an additional 4 days, or until September 12, 2008, within which to file its response to the Second Amended Complaint.

                        Respectfully submitted,

                        LITCHFIELD CAVO, LLP.

Patrick J. Ruberry, Esq. (06188844)  
LITCHFIELD CAVO, LLP  
303 West Madison Street , Suite 300  
Chicago, IL 60606-3300        By:   /s/ Patrick J. Ruberry  
(312) 781-6677                          Attorneys for the defendant,  
(312) 781-6630 fax                   City of Oak Forest

**CERTIFICATE OF SERVICE**

I, the undersigned, being first duly sworn upon oath, depose, and say that I caused to be served Defendant's Motion for Additional Time to File Their Responsive Pleadings by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF on the 9th day of September, 2008.

|  |  |
|---|---|
|  | /s/ Patrick J. Ruberry |
| Patrick J. Ruberry, Esq. (06188844) | Attorneys for the defendant, |
| LITCHFIELD CAVO, LLP | City of Oak Forest |
| 303 West Madison Street , Suite 300 |  |
| Chicago, IL 60606-3300 |  |
| (312) 781-6677 |  |
| (312) 781-6630 fax |  |