3118-125

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BETHLEHEM ENTERPRISE, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08 C 702 |
| | ) | |
| CITY OF OAK FOREST, et al., | ) | Honorable Amy St. Eve |
| | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

On Monday, September 15, 2008, at 8:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Amy St. Eve, or any other Judge sitting in her stead, in the courtroom usually occupied by her in Courtroom 1241, 219 S. Dearborn Street, Chicago, Illinois and then and there present Defendants' Joint Motion for Additional Time to File Responsive Pleadings.

Respectfully submitted,

LITCHFIELD CAVO, LLP.

By   /s/ Patrick J. Ruberry
Attorneys for the defendant,
The City of Oak Forest

Patrick J. Ruberry, Esq. (06188844)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL 60606-3300
(312) 781-6677
(312) 781-6630 fax

**CERTIFICATE OF SERVICE**

I, the undersigned, being first duly sworn upon oath, depose, and say that I caused to be served the foregoing Notice of Motion by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF on the 9th day of September, 2008.

/s/ Patrick J. Ruberry
Attorneys for the defendant,
The City of Oak Forest

Patrick J. Ruberry, Esq. (06188844)
LITCHFIELD CAVO, LLP
303 West Madison Street , Suite 300
Chicago, IL 60606-3300
(312) 781-6677
(312) 781-6630 fax