UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Parvati Corp., et al.
                                 Plaintiff,

v.                                                 Case No.: 1:08−cv−00702
                                                           Honorable Amy J. St. Eve

City of Oak Forest, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 10, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Defendant City of Oak Forest's motion for extension of time [54] is granted. Defendant City of Oak Forest to answer or otherwise plead to plaintiff's second amended complaint by 9/12/08. No appearance is required on the 9/15/08 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.